

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

December 27, 2021

**VIA ECF**

The Honorable Sharon A. King, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
4th and Cooper Streets, Room 2010
Camden, New Jersey 08101

    Re:   *Beteiro, LLC v. PointsBet USA, Inc.*
           Civil Action No. 21-20155 (CPO)(SAK)

Dear Judge King:

    This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Defendant PointsBet USA, Inc. ("Defendant") in the above-captioned matter.

    Enclosed for Your Honor's consideration is a Stipulation Regarding Defendant's Time to Answer or Otherwise Respond to the Complaint to which the parties have agreed, which, subject to the Court's approval, would grant Defendant a 30-day extension, until January 26, 2022, of its deadline to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant has until today to answer or otherwise respond to the Complaint. The parties, however, believe that this 30-day extension is warranted because it will afford Defendant more time to research the allegations in the Complaint and adequately prepare an answer or otherwise respond to the same. If the enclosed Stipulation meets with the Court's approval, we respectfully request that Your Honor sign it and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*/s/ Charles M. Lizza*

Charles M. Lizza

Enclosure

cc:    All Counsel (via e-mail)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BETEIRO, LLC,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**POINTSBET USA, INC.**<br><br>　　　　**Defendant.** | Civil Action No. 21-20155 (CPO)(SAK)<br><br>**(Filed Electronically)** |

**STIPULATION REGARDING DEFENDANT POINTSBET USA, INC.'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

WHEREAS, Plaintiff Beteiro, LLC ("Plaintiff") filed its complaint on November 22, 2021;

WHEREAS, Plaintiff served Defendant PointsBet USA, Inc. ("Defendant") on December 3, 2021;

WHEREAS, Defendant's answer or other response to the complaint is due on December 27, 2021;

WHEREAS, counsel for the parties have conferred and agree that a thirty (30) day extension for Defendant to answer or otherwise respond to the complaint is necessary so Defendant may research the allegations in Plaintiff's complaint and adequately prepare an answer or otherwise respond to the complaint;

WHEREAS, this is the first request for any extension of time with respect to Defendant's response to Plaintiff's complaint;

IT IS HEREBY STIPULATED AND AGREED, based on the foregoing and subject to the Court's approval, that:

1. Defendant shall answer or otherwise respond to Plaintiff's complaint on or before January 26, 2022;

2. Defendant does not, by this stipulation and extension, waive any defense or any matter that might be presented pursuant to Federal Rule of Civil Procedure 12(b) or any other rule of law;

3. Plaintiff's counsel has authorized Defendant's counsel to file this stipulation on it's behalf.

Dated:  December 27, 2021

By: s/ David A. Ward
David A. Ward
dward@klugerhealey.com
**KLUGER HEALEY, LLC**
521 Newman Springs Road
Suite 23
Lincroft, NJ 07738
Telephone: 732.813.0110
Facsimile: 888.635.1653

*Attorneys for Plaintiff*
*Beteiro, LLC*

By: s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
Alexander L. Callo
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Defendant*
*PointsBet USA, Inc.*

SO ORDERED on this ___ day of
_____, 2021:

_____
HON. SHARON A. KING, U.S.M.J.