Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com

*Attorneys for Defendant*
*PointsBet USA, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BETEIRO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>POINTSBET USA, INC.,<br><br>    Defendant. | Civil Action No. 21-20155 (CPO)(SAK)<br><br>(Filed Electronically) |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, counsel for Defendant PointsBet USA, Inc. certifies the following:

1. The full name of the party represented by me is: PointsBet USA, Inc.

2. PointsBet USA, Inc. is a wholly owned subsidiary of PointsBet USA Holding, Inc., which is a wholly owned subsidiary of PointsBet Holding, Ltd. PointsBet Holding, Ltd. is a publicly traded corporation.

3. No other publicly held corporation owns 10% or more of PointsBet USA, Inc.

Dated:  February 9, 2022                    Respectfully submitted,

                                              s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com

Charles K. Verhoeven
(*pro hac vice* to be noticed)
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
charlesverhoeven@quinnemanuel.com

Jared W. Newton
(*pro hac vice* to be noticed)
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, 9th Floor
Washington, DC 20005
(202) 538-8108
jarednewton@quinnemanuel.com

*Attorneys for Defendant PointsBet USA, Inc.*