NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BETEIRO, LLC,**
*Plaintiff-Appellant*

v.

**DRAFTKINGS INC., POINTSBET USA, INC., BETMGM, LLC, HILLSIDE NEW JERSEY LLC, BETFAIR INTERACTIVE US LLC, TSG INTERACTIVE US SERVICES LTD. CORP., ODS TECHNOLOGIES LP, KINDRED GROUP PLC, TRANNEL INTERNATIONAL, LTD., UNIBET INTERNATIONAL, LTD., UNIBET INTERACTIVE, INC.,**
*Defendants-Appellees*

_____

2022-2275, 2022-2277, 2022-2278, 2022-2279, 2022-2281, 2022-2283

_____

Appeal from the United States District Court for the District of New Jersey in No. 1:21-cv-20148-CPO-SAK, 1:21-cv-20155-CPO-SAK, 1:21-cv-20156-CPO-SAK, 1:21-cv-20158-CPO-SAK, 1:22-cv-00577-CPO-SAK, 1:22-cv-01536-CPO-SAK, Judge Christine P. O'Hearn.

_____

**O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the District of New Jersey, Camden, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective January 27, 2023.

The appellant's brief is due on March 28, 2023.

FOR THE COURT

January 27, 2023
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court